**Dismissed and Memorandum Opinion filed January 23, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-01116-CR

---

**TORY STEVENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1362526**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a "guilty" plea to possession of a controlled substance. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on September 28, 2012, to confinement for 180 days in the Harris County Jail. No motion for new trial was filed. Appellant's notice of appeal was not filed until December 9, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).